COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Garrett Dewayne Washington v. The State of Texas

Appellate case number:   01-13-01038-CR

Trial court case number:  1186821

Trial court:           262nd District Court of Harris County

The juvenile court waived jurisdiction and transferred the case to the district court. The "Order to Waive Jurisdiction" states that, on October 7, 2008, a hearing was held in the 313th District Court, case number 2008-06579J, Amended, on the issue of waiver of jurisdiction.

The court has determined that it needs to review this record, including any exhibits. Accordingly, we order the court reporter to file in this court, on or before October 2, 2015, the hearing record and exhibits from the hearing held on October 7, 2008, held in the 313th District Court, case number 2008-06579J, Amended.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
          ☑ Acting individually    ☐ Acting for the Court

Date: September 17, 2015